624

The People of the State of Illinois, Plaintiff-Appellee, *v.* Phillip Majeski, Defendant-Appellant.

(No. 71-117; )

Third District—September 22, 1972.

PER CURIAM.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

Robert E. Richardson, State's Attorney, of Ottawa, for the People.